UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Ryan Francis                           ,

                        Defendant(s).

-------------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO
CONFERENCE OR TELEPHONE
CONFERENCE

21 ___-CR-_____(___)(___)

Defendant  Ryan Francis  _____ hereby voluntarily consents to
participate in the following proceeding via videoconferencing:

___    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
       Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

X      Misdemeanor Plea/Trial/Sentence

A →

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Ryan Francis**
_____
Print Defendant's Name

_____
Defense Counsel's Signature

**Arthur L. Aidala**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

____6/1/21_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge