UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2021

UNITED STATES OF AMERICA,

-against-

RYAN FRANCIS,

Defendant.

21-cr-374 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Immediately after the conclusion of this morning's plea hearing, the Court received the attached e-mail from Alexander Li, counsel to the Government, which alerted the Court to the fact that I worked with Mr. Li when we were both in private practice at Simpson Thacher & Bartlett, LLP, from which I retired more than five years ago. I did not make the connection until my Courtroom Deputy forwarded Mr. Li's e-mail to me. The Court is surprised that counsel did not call this matter to the Court's attention prior to today's hearing. I am now disclosing this matter to Mr. Francis and his counsel. I assure the parties that the fact that Mr. Li and I worked together many years ago in no way impacts my ability to preside fairly and impartially over this case. However, since this fact was brought to the Court's attention now, I am making full disclosure to all parties. Any party wishing to make a motion in connection with this disclosure shall do so on or before **June 7, 2021**.

**SO ORDERED.**

**Date: June 1, 2021**
      **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**

**From:** Li, Alexander (USANYS) <Alexander.Li@usdoj.gov>
**Sent:** Tuesday, June 1, 2021 11:36 AM
**To:** Roseanne Dempsey <Roseanne_Dempsey@nysd.uscourts.gov>
**Subject:** Hello!

**CAUTION - EXTERNAL:**

Hi Roseanne,

It was nice meeting you at the plea today.  Could you please pass along my regards to the Judge?  I worked for her many years ago when we were both at Simpson Thacher.  It is a little surreal — but also a real pleasure — to appear before her in our new capacities.

Thanks!
Zander

-------------------------------------------
Alexander (Zander) Li
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
1 Saint Andrew's Plaza
New York, NY  10007
(212) 637-2265 (direct)
(917) 359-2160 (mobile)
Alexander.Li@usdoj.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.