UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RYAN FRANCIS,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___10/28/2021

21-cr-374 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of defense counsel's letters regarding the conditions of Mr. Francis' home confinement [ECF Nos. 34, 37]. The Court has instructed the probation officer supervising Mr. Francis to enforce the judgment as written, permitting Mr. Francis to "leave home for work, church," and "any other reason" the probation officer permits.

**SO ORDERED.**

**Date:  October 28, 2021**
        **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**